UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND SHUMAN, )<br>    Plaintiff, )<br>)<br>    v. )<br>KILOLO KIJAKAZI, )<br>*Acting Commissioner of Social Security* )<br>    Defendant. )<br>)<br>) | **JUDGMENT**<br>Case No. 7:21-CV-206-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank on the Plaintiff's Motion for Judgment on the Pleadings [DE-21] and the Defendant's Consent Motion for Remand [DE-24].

**IT IS ORDERED, ADJUDGED AND DECREED** the court grants Defendant's Motion for Remand [DE-24] and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on September 20, 2022, with electronic service upon:

Charlotte Williams Hall, *Counsel for Plaintiff*
Amanda Gilman, *Counsel for Defendant*
Dianne Samu, , *Counsel for Defendant*

                                          **PETER A. MOORE, JR.**
                                          CLERK, U.S. DISTRICT COURT

DATE: September 20, 2022             /s/ *Shelia Foell*
                                                (By): Shelia Foell
                                                Deputy Clerk, U.S. District Court